Tyler Tysdal <Tyler@CherryCreekFamilyOffices.com>        April 24, 2013  4:04 PM
To:  Jim Hedges (jhedges4@me.com) <jhedges4@me.com>
FW: fed ref

---

James - Wire confirmation for your $10k distribution below.  We will watch the wires for the other expected amounts and let you know when we receive.

I hope you are holding the line just fine in LA.
-TTT

From: Corey Knapp [mailto:cknapp@steelestreet.com]
Sent: Wednesday, April 24, 2013 2:44 PM
To: Tyler Tysdal; Ben Novak; Jason Gaede; Michaele Berger
Subject: fed ref

See below.


[cid:image008.png@01CE40F7.C4033F50]


Thanks!


Corey Knapp
Relationship Manager l CHERRY CREEK BANKING CENTER
NMLS# 1001383

[http://www.rdbeta.com/stb/SSBT_files/ssbt-logo.gif]

cknapp@steelestreet.com<mailto:cknapp@steelestreet.com>
P: 303.376.5467
F: 303.376.3830

www.steelestreet.com<http://www.steelestreet.com/>
55 Adams Street
Denver, CO 80206


[cid:image003.jpg@01CE40FA.223C1E50]<https://www.steelestreet.com/files/AppAnnouncement_Flyer.pdf>


This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the Gramm-Leach-Bliley Act. You may not directly or indirectly reuse or redisclose such information for any purpose other than to provide the services for which you are receiving the information.

winmail.dat (203 KB)

Mike DeJager <Mike@ImpactFund.com>    June 20, 2013  1:13 PM
To: Tyler Tysdal <Tyler@ImpactFund.com>, jhedges4@me.com and 2 more…
Weekly AE Cash Forecast

Attached is the weekly cash forecast for Artistic Endeavors.

**Summary:**
No current week activity…waiting for $41,000 from Hepner sale so we can pay current needs.

Current cash needs (covered if we receive the $41k):
  $4,347 – BKD invoice for 12/31/12 tax return prep (due 5/10/13)
  $2,230 – Ana labor and expenses (6/1 – 6/15)
    $100 – ConEd invoice
  $2,500 – repay short term loan from Platte
  $10,000 – JRH guaranteed distribution
  $3,400 – June rent (needs to be paid next week)

Upcoming cash needs (need to receive funds from Gagosian and Privatus sales to cover)
  $18,000 – Quarterly loan interest payments (due by 7/3)
  $2,000 – IOF Mgmt fees for May
  $2,000 – IOF Mgmt fees for June


Please let me know if you have any questions.

Thanks,
Mike


**Michael DeJager**
Director of Accounting
Impact Opportunities Fund
Office:  303-862-9550
Direct:  720-381-5430
Mobile:  314-605-6571
www.impactfund.com




20130620 –....xlsx (42 KB)