**Jason Gaede <Jason@CherryCreekFamilyOffices.com>** 🚩    November 12, 2013  8:21 AM
To:  Jim Hedges <jhedges4@me.com>
Re: AE capital structure

---

AE has not been paying interest on the IOF loan.  The only interest AE has been able to pay has been Margot and Cueto.

*Sent from my Verizon Wireless 4G LTE DROID*

Jim Hedges <jhedges4@me.com> wrote:

Based on my conference call with TTT on 3/5/13, I was under the impression that the debt had been converted to equity and no further interest would accrue.  My notes are fairly clear that this was to have taken effect once TTT returned from his Spring Break trip.

If the loan to IOF is still in place, has AE been paying interest in the past six months?

Thanks,
Jim

On Nov 12, 2013, at 10:48 AM, Jason Gaede wrote:

> This was discussed when we were looking at that larger photo purchase earlier in the year but never completed.
>
> What is your schedule like this week to discuss?
>
> *Sent from my Verizon Wireless 4G LTE DROID*
>
> James Hedges <jhedges4@me.com> wrote:
>
> I was under the impression we had converted IOF from debt to equity.
> What happened?
>
> James R. Hedges, IV
> Cell: 1.212.671.0522
> Jhedges4@me.com
>
> > On Nov 11, 2013, at 10:45 PM, Jason Gaede <Jason@CherryCreekFamilyOffices.com> wrote:
> >
> > Hi Jim,
> >
> > Here are the loan balances including accrued interest as of 10.31 for AE.  I'm happy to run through this over the phone as well.
> >
> > When can we reschedule a catch up call with you, me and Tyler?
> >
> > Jason
> >
> > Jason Gaede
> > Vice President
> > Cherry Creek Family Offices
> > (o)  303.862.9550
> > (c)  303.514.5333
> > www.CherryCreekFamilyOffices.com
> >
> >
> >

>
> -----Original Message-----
> From: Jim Hedges [mailto:jhedges4@me.com]
> Sent: Monday, November 11, 2013 12:09 PM
> To: Jason Gaede
> Cc: Tyler Tysdal
> Subject: AE capital structure
>
> hi jason:
>
> hope you had a good wkd.
> not sure if you're working today.
>
> could you please send me details on the existing debt instruments tied to ae inventory broken down by note?
>
> one of my clients has an interest in acquiring the debt tied to the warhol photos, and i'd like to get back to him right away with his options, as i suspect there is a deal to be done if terms were favorable to cherry creek clients.
>
> ana is back today, and we are sorting through a final inventory before she leaves next week.
>
> thanks,
> jim
>
>
> <AE Balance as of 10.31.xlsx>