SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x
ARTISTIC ENDEAVORS, LLC,

        Plaintiff,                    COMPLAINT

    v.

JAMES R. HEDGES, IV,

        Defendant.
-------------------------------------------------------x

        ARTISTIC ENDEAVORS, LLC, by its attorneys, Pedowitz & Meister, LLP, for its complaint, alleges:

        1.        Plaintiff Artistic Endeavors, LLC, is a Colorado Limited Liability Company.

        2.        Defendant James R. Hedges, IV, ("Hedges") is an individual who upon information and belief resides at 13 West 9th Street, New York, New York.

        3.        Artistic Endeavors owns a portfolio of unique artistic photographs ("the Artwork"). A list of the works in the Artwork is Exhibit A hereto.

        4.        On information and belief, the Artwork is worth several million dollars.

        5.        In order to purchase the Artwork, Artistic Endeavors has entered into various secured loans with certain non-party lenders. To obtaining financing from these lenders, Artistic Endeavors has pledged the Artwork to the non-party lenders, who have perfected their security interests in the Artwork by filing UCC-1 forms evidencing their interests.

        6.        Artistic Endeavors gave possession of the Artwork to Defendant Hedges as a consultant, for him to attempt to sell the works therein for the benefit of Artistic Endeavors.

7. On or about November 13, 2013, Hedges informed Artistic Endeavors that he had sold five of the photographs of the Artwork and received therefor $51,500. Copies of Hedges's November 13, 2013 email is Exhibit B and the email attachment thereto is Exhibit C hereto.

8. Hedges did not transmit the $51,500 sales proceeds to Artistic Endeavors or to the lenders that had a security interest therein.

9. Rather, Mr. Hedges purported to apply the funds to "priority distributions" to himself, and to payment of unauthorized "expenses" he claims to have incurred related to the Artwork.

10. Hedges thus converted the $51,500 sales proceeds to his own use.

11. By letter emailed and sent by overnight courier and certified mail to Hedges on November 15, 2013, Artistic Endeavors demanded that Hedges transmit the $51,500 sales proceeds to Artistic Endeavors. A copy of that letter is Exhibit D hereto.

12. Hedges did not transmit the $51,500 sales proceeds to Artistic Endeavors or to the lenders that had a security interest therein.

13. Upon receiving the demand for return of the funds, Hedges told Artistic Endeavors that all future communications should be directed to his attorney and has repeatedly refused to pay the money to Artistic Endeavors.

14. On December 13, 2013, Artistic Endeavors sent Hedges, in care of his attorney, a letter by email, overnight Federal Express and US certified mail again demanding that he transmit the $51,500 sales proceeds to Artistic Endeavors.

15. The December 13, 2013 letter also revoked Hedges's authority to sell works from the Artwork.

16.     The December 13, 2013 letter also demanded that Mr. Hedges immediately relinquish possession of the remaining pieces of Artwork to an art transportation company that Artistic Endeavors had chosen, at a time and place that Hedges was to select. A copy of the December 13, 2013 letter is Exhibit E hereto.

17.     Hedges still did not transmit the $51,500 sales proceeds to Artistic Endeavors nor did he communicate a time or place when the transportation could come to take the balance of the Artwork.

18.     By reason of the foregoing, Hedges is in unlawful possession of Artistic Endeavors's Artwork and has willfully converted it and the $51,500 sales proceeds to his own use.

WHEREFORE Plaintiff Artistic Endeavors demands Judgment against Hedges:

A     Enjoining Hedges from selling, moving, leasing, destroying, transferring, pledging, assigning, or otherwise disposing of the Artwork;

B     Recovering the Artwork for and returning it to Artistic Endeavors;

C     Determining that Hedges has no ownership interest whatsoever in the Artwork;

D     Awarding Artistic Endeavors compensatory and punitive damages, prejudgment interest, and its attorneys' fees; and

E     Awarding Artistic Endeavors such other relief as the Court finds proper.

PEDOWITZ & MEISTER, LLP

By: *[signature]*
ROBERT A. MEISTER
MARISA H. WARREN
Attorneys for Plaintiff
570 Lexington Avenue, 18th Floor
New York, New York 10022
(212) 403-7330, (212) 403-7365