**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JAMES R. HEDGES, IV and
KACTUS LLC,

      Plaintiffs,

v.                                                        Case No: 2:13-CV-890-FtM-29UAM

ARTISTIC ENDEAVORS, LLC;
TYLER T. TYSDAL; PLATTE
MANAGEMENT, LLC; MONTAGE
FINANCE, LLC; and IMPACT
OPPORTUNITIES FUND, L.P.,

      Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), Plaintiffs James R. Hedges, IV, and Kactus LLC and Defendants Artistic Endeavors, LLC; Tyler T. Tysdal; Platte Management, LLC; Montage Finance, LLC; and Impact Opportunities Fund, L.P. hereby stipulate to the dismissal of this entire action with prejudice, each party to bear its own costs and attorney fees.

Dated this 25th day of August, 2014.

| | |
|---|---|
| Alayon & Associates, P.A.,<br>**Attorneys for Plaintiffs**<br>135 San Lorenzo Ave., Ste. 820<br>Coral Gables, Florida 22146<br>By:  /s/ *Richard A. Alayon, Esq.*<br>**Richard A. Alayon, Esq.** – FBN 934290<br>Email: ralayon@alayonlaw.com | Gaebe, Mullen, Antonelli & DiMatteo<br>**Attorneys for Defendants**<br>420 South Dixie Highway, 3rd Floor<br>Coral Gables, Florida 33146<br>Telephone: (305) 667-0223<br>Facsimile: (305) 284-9844<br>By:  /s/*Matthew C. Martin, Esq.*<br>Matthew C. Martin, Esq. - FBN: 0056304<br>E-mail: mmartin@gaebemullen.com |